David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Sonja M. Hourany, State Bar No. 323457
shourany@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

General Counsel for
Richard A. Marshack, Chapter 7 Trustee

FILED & ENTERED

OCT 14 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FARIBORZ ZANJANEE BABAEE AND MALIHE P. BABAEE,<br><br>Debtors. | Case No. 8:20-bk-10268-TA<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>DATE:    October 12, 2021<br>TIME:    11:00 a.m.<br>PLACE:    Courtroom 5B<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

The *Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 71] ("Motion")[1] came on regularly for hearing on October 12, 2021 at 11:00 a.m., before this Court, the Honorable Theodor C. Albert, United States Bankruptcy Judge, presiding. Richard A. Marshack, Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of Fariborz Zanjanee Babaee and Malihe P. Babaee ("Debtors"), appeared through his general

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

counsel, Weiland Golden Goodrich LLP, by David M. Goodrich.  All other appearances were noted on the record.

Having considered the Motion and all related pleadings, the Debtors' oppositions [Dkts. No. 75 and 84], the Trustee's reply [Dkt. No. 85], and the arguments of counsel,

THE COURT FINDS THAT:

A.  Notice of the Motion was proper and adequate; and

B.  Cause exists to grant the Motion.

Based on the foregoing and the findings and conclusions stated orally in the record, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The notice of the Motion and the hearing thereon is approved as proper and adequate under the circumstances.

3. The terms of the Comerica Agreement, a copy of which is attached to the Motion as Exhibit 1, are approved, and the Trustee is authorized to enter into the Comerica Agreement pursuant to FRBP 9019.

4. The terms of the VEDC Agreement, a copy of which is attached to the Motion as Exhibit 2, are approved, and the Trustee is authorized to enter into the VEDC Agreement pursuant to FRBP 9019.

5. The Trustee is authorized to execute any documents or take any actions reasonably necessary to effectuate the terms of the Agreements.

###

Date: October 14, 2021

Theodor C. Albert
United States Bankruptcy Judge